ADA M. WOODWARD, INDIVIDUALLY, ETC., PETITIONER-PETITIONER, v. JOHN A. ROEBLING'S SONS CO., RESPONDENT-RESPONDENT.

*Mr. Louis H. Roth* and *Messrs. Roskein & Laird* for the petitioner.

*Mr. Samuel Levinson* for the respondent.

December 7, 1953.. Denied.

HELEN TANEIAN, PLAINTIFF-PETITIONER, v. KOSROF M. MEGHRIGIAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 27 *N. J. Super.* 177.

*Mr. Louis Steisel* and *Mr. George J. Kaplan* for the petitioner.

*Messrs. Carpenter, Gilmour & Dwyer, Mr. Elmer J. Bennett, Mr. James B. Beggans* and *Mr. Richard H. Hughes* for the respondents.

December 7, 1953. Granted.